UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JAMES FISHER,**

    Plaintiff,

v.                                         CASE NO. 3:09-cv-920-J-25HTS

**THE FLORIDA TIMES UNION AND STACY**, a sub-contractor,

    Defendants.

---

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 18) recommending that the application to proceed *in forma pauperis* (Dkt. 2) be denied and that this case be dismissed without prejudice to the filing of a prepaid complaint. All parties previously have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. No objections have been filed.

Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted. Accordingly, it is,

**ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation (Dkt. 4) is adopted and incorporated by reference in this Order.

2. The application to proceed *in forma pauperis* (Dkt. 2) is **DENIED**.

3. This action is **DISMISSED without prejudice** to refile the complaint accompanied with the filing fee.

4. The Clerk is directed to terminate all pending motions and to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 25 day of October, 2009.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
*Pro se* Plaintiff